Argued July 18, affirmed as modified August 8, 1977

In the Matter of the Marriage of
KALSTROM, *Appellant,*
*and*
KALSTROM, *Respondent.*
(No. 75-4943, CA 7688)
567 P2d 150

Kenneth A. Morrow, Eugene, argued the cause for appellant. With him on the brief was Morrow & McCrea, P.C., Eugene.

James H. Anderson, Eugene, argued the cause for respondent. With him on the brief was Thompson, Mumford & Anderson, Eugene.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

## PER CURIAM.

The wife appeals from a dissolution decree, seeking greater child support and attorney fees.

The court awarded custody of the parties' two children, ages 2 and 6, to the wife and ordered the husband to pay child support of $75 per child per month. The wife receives welfare and is attending school. The husband earns a monthly net income of $900. We modify the decree to increase the child support to $150 per child per month.

The award to the wife of $500 attorney fees was reasonable.

Affirmed as modified. Costs to appellant.